

**DAVIS & GILBERT LLP**
ATTORNEYS AT LAW

1740 Broadway  T: 212.468.4800  www.dglaw.com
New York, NY 10019  F: 212.468.4888

Direct Dial: 212.468.4890
Personal Fax: 212.468.4888
Email: mrachman@dglaw.com

November 7, 2019

**VIA ECF**

Hon. J. Paul Oetken
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Ad Lightning Inc. v. Clean.io, Inc.*, Case No. 1:19-cv-7367 (S.D.N.Y.) (JPO)

Dear Judge Oetken:

      We represent the Defendant Clean.io, Inc. ("Defendant") in the above-referenced matter. Pursuant to Rule 3(c) of the Court's Individual Practices in Civil Cases, Defendant submits this Letter Motion, with the consent of Plaintiff Ad Lightning Inc. ("Plaintiff"), to request a three-day extension of time to file its reply in further support of Defendant's Motion to Dismiss the Complaint (the "Motion"). This is Defendant's first request for an extension of time.

      Defendant's reply in further support of the Motion is currently due on Tuesday, November 12, 2019. Because the Local Rules provide Defendant only one week to prepare its response to Plaintiff's Opposition to the Motion, and because counsel for Defendant is occupied by other business matters this week, Defendant respectfully requests a brief, three-day extension of its time to submit its reply in further support of the Motion, to Friday, November 15, 2019, so that it can adequately prepare its reply. Plaintiff consents to this request.

      Accordingly, for the above-stated reasons, Defendant respectfully requests that its time to submit a reply in further support of Defendant's Motion to Dismiss the Complaint be extended through and until November 15, 2019.

Respectfully yours,

Marc J. Rachman

cc: John Du Wors, Esq. – counsel for Plaintiff (via ECF)